1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER POLITE, as an Individual,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>KINETIC SYSTEMS, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No.: 4:25-cv-03484-JST<br><br>[PROPOSED] ORDER GRANTING JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE<br><br>Judge: Jon S. Tigar<br><br>Action Filed: March 5, 2025<br>Removal Date: April 21, 2025<br>Trial Date: November 30, 2026 |

Pursuant to the joint stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims and counterclaims stated herein against all parties, with each party bearing that party's owner attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: December 10, 2025

_____
Hon. Jon S. Tigar
United States District Judge

[PROPOSED] ORDER GRANTING JOINT STIPULATION JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE

1